# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRUSTEES OF PLUMBERS LOCAL UNION 16 HEALTH AND WELFARE FUND, ON BEHALF OF PLUMBERS LOCAL UNION 16 HEALTH AND WELFARE FUND,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **8:08CV192** |
| **vs.** | ) ) | **ORDER** |
| **KAREN R. WEEKS, THOMAS WEEKS and MICHAEL J. LEHAN,** | ) ) ) | |
| **Defendants.** | ) | |

Upon review of the notice of settlement [23] filed by the plaintiffs,

**IT IS ORDERED:**

1. On or before October 1, 2008, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The October 3, 2008 planning conference is cancelled and all case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED August 29, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**