IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRUSTEES OF PLUMBERS LOCAL UNION 16 HEALTH AND WELFARE FUND, on behalf of PLUMBERS LOCAL UNION 16 HEALTH AND WELFARE FUND, | ) ) ) ) ) ) | CASE NO. 8:08CV192 |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| KAREN R. WEEKS, THOMAS WEEKS, and MICHAEL J. LEHAN, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 25) is approved;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 24th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge